Exhibit 2

Charted Claims:
Method Claims:16

| US7102643 | Envato Elements ("Accused Product") |
|---|---|
| 16. A method of controlling a visual presentation of data to a viewer, the visual presentation comprising a plurality of display configuration states through which data content is presented to a viewer, the presentation being responsive to transition input to transition from a current visual display configuration state to a next visual display configuration state, the method comprising providing a plurality of transition effects<br><br>**Col. 3, Line [30-38]**<br><br>*Further, the transition input for* | The accused product practices a method of controlling a visual presentation of data (e.g., videos) to a viewer, the visual presentation comprising a plurality of display configuration states (e.g., clips) through which data content is presented to a viewer, the presentation being responsive to transition input (e.g., software input during a time at which a current clip ends) to transition from a current visual display configuration state (e.g., currently displayed clip) to a next visual display configuration state (e.g., successive clip), the method comprising providing a plurality of transition effects (e.g., Zoom, Glitch, Spin, etc.).<br><br>As shown below, the accused product is a subscription-based service designed for video generation platforms. This service provides access to an extensive library of digital assets, including transition packs, enabling users to create videos with various transition effects. These effects include Zoom, Glitch, Spin etc. which can be selected and added between clips in a video presentation. The presentation navigates from a currently displayed clip to a next successive clip, based on time duration of the currently displayed clip, i.e., when the currently displayed clip ends, the presentation transitions to the next video clip. Users can add a transition effect between each pair of successive video clips of the video presentation. |

| | |
|---|---|
| *transitioning from a current display configuration state to a next display configuration state can be an input such as a user action (e.g., a mouse click, keyboard entry, voice command, touchscreen command, etc.), a sensed condition (e.g., the passage of time, the detection of a particular party speaking, the detection of motion in a video frame, etc.), or an automated action (such as automatically transitioning out of a state once the state is drawn).* | <br>https://elements.envato.com/ |



https://www.envato.com/products/



https://elements.envato.com/video-templates/transition

**The Most Useful Transitions Pack for Premiere Pro**

UPDATED TUTORIAL INCLUDED

300 Transitions Included

10 Categories

1. Motion
2. Zoom
3. Glitch
4. Light
5. Roll
6. Spin
7. Stretch
8. VR
9. Split
10. Mix

https://elements.envato.com/the-most-useful-transitions-pack-for-premiere-pro-XSNY4PV

Envato Support | Help Center » How to » Premiere Pro Extension

# How to install and use the Premiere Pro Extension

1 day ago · Updated

Envato's Premiere Pro Extension allows Envato Elements subscribers to search, download and use sound effects, music and stock videos from the Envato Elements library from within Premiere Pro. If you are an Envato Elements subscriber, you'll have access to AI-assisted search and unwatermarked assets by connecting your Envato Elements subscriptions to the Premiere Pro Extension.

https://help.elements.envato.com/hc/en-us/articles/26958319668377-How-to-install-and-use-the-Premiere-Pro-Extension

## How to install the Envato Premiere Pro Extension

The Extension is hosted on the official Adobe Exchange plugin directory accessible via the Adobe Creative Cloud.

To download and install the beta version of Envato's Premiere Pro Extension search for "Envato" or filter for Premiere Pro extensions in the Plugins tab.

https://help.elements.envato.com/hc/en-us/articles/26958319668377-How-to-install-and-use-the-Premiere-Pro-Extension



https://help.elements.envato.com/hc/en-us/articles/26958319668377-How-to-install-and-use-the-Premiere-Pro-Extension



https://elements.envato.com/the-most-useful-transitions-pack-for-premiere-pro-XSNY4PV

| | |
|---|---|
| for each pair of potentially successive visual display configuration states, associating a transition effect therewith | The accused product practices for each pair of potentially successive visual display configuration states (e.g., successive clips in a video presentation), associating a transition effect (e.g., Zoom, Glitch, Spin, etc.). As shown below, the accused product enables users to apply a transition effect to each pair of successive video clips in a video presentation. To apply the effect, the user selects the transition effect, and thereafter, drags and drops it in timeline between successive video clips. |



https://elements.envato.com/the-most-useful-transitions-pack-for-premiere-pro-XSNY4PV

| | |
|---|---|
| | **The Most Useful Transitions Pack for Premiere Pro**<br>UPDATED TUTORIAL INCLUDED<br>300 Transitions Included<br>10 Categories<br><br>1. Motion<br>2. Zoom<br>3. Glitch<br>4. Light<br>5. Roll<br>6. Spin<br>7. Stretch<br>8. VR<br>9. Split<br>10. Mix<br><br>https://elements.envato.com/the-most-useful-transitions-pack-for-premiere-pro-XSNY4PV |

| | |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=d-E9e1_Qnrc |
| receiving transition input indicative to transition from a current visual display configuration state to a next visual display configuration state, the transition defining a pair of | The accused product practices receiving transition input (e.g., software input during a time at which a current clip ends) indicative to transition from a current visual display configuration state (e.g., currently displayed clip) to a next visual display configuration state (e.g., successive clip), the transition defining a pair of successive visual display configuration states (e.g., successive clips in a video presentation).<br><br>As shown below, presentations designed using the accused product, navigates from a currently displayed clip to a next successive clip, based on time duration of the currently displayed clip, i.e., when the currently displayed clip ends, the presentation transitions to |

| | |
|---|---|
| successive visual display configuration states<br><br>**Col. 3, Line [30-38]**<br><br>*Further, the transition input for transitioning from a current display configuration state to a next display configuration state can be an input such as a user action (e.g., a mouse click, keyboard entry, voice command, touchscreen command, etc.), a sensed condition (e.g., the passage of time, the detection of a particular party speaking, the detection of motion in a video frame, etc.), or an automated action (such as automatically transitioning out of a* | the next video clip. Users can add a transition effect between each pair of successive video clips of the video presentation.<br><br><br><br>https://www.youtube.com/watch?v=d-E9e1_Qnrc |

| | |
|---|---|
| *state once the state is drawn).* | <br>https://elements.envato.com/the-most-useful-transitions-pack-for-premiere-pro-XSNY4PV |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=0mnTo-ma6ds |
| during the transition from the current visual display configuration state and the next visual display configuration state, presenting to | The accused product practices during the transition from the current visual display configuration state (e.g., currently displayed clip) and the next visual display configuration state (e.g., successive clip), presenting to the viewer the transition effect (e.g., Zoom, Glitch, Spin, etc.) associated with the defined pair of successive visual display configuration states (e.g., successive clips in a video presentation).<br><br>As shown below, the accused product adds the transition effect that the user has selected |

| | |
|---|---|
| the viewer the transition effect associated with the defined pair of successive visual display configuration states. | (e.g., by dragging and dropping selected transition effect in timeline) while transitioning (automatic transition from one clip to another after the current clip ends) from a currently displayed clip to a successive clip.<br><br><br><br>https://elements.envato.com/the-most-useful-transitions-pack-for-premiere-pro-XSNY4PV |



https://www.youtube.com/watch?v=0mnTo-ma6ds



https://www.youtube.com/watch?v=0mnTo-ma6ds